UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD TINSON, | ) | NO. CV 15-0428-JLS (JEM) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| W. MUNIZ, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 20, 2015.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE